UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN MILTON PHILLIPS, JR.,

    Petitioner,

v.	Case No. 3:15cv255/RV/CJK

MARK HENRY,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 15, 2015. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 15) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 12) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1) is DISMISSED for lack of jurisdiction.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 25th day of January, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**